No. 90–7368.  FINK v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–7372.  FYKES, AKA JOHNSON v. GRAND UNION CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–7378.  ZATKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 90–7385.  SLACUM v. FRAME.  Ct. Sp. App. Md.  Certiorari denied.

No. 90–7404.  HATCH v. SHARP ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–7427.  HUNTER v. TANSY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–7453.  HEGGE v. MANNING ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–7457.  WEBSTER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 90–7464.  BANE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–7488.  REWOLINSKI v. WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 90–7515.  WOOTEN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–7545.  WATSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–7590.  WILLIAMS v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 90–7607.  CASWELL v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.